STATE of Missouri, Respondent,

v.

Otis SMITH, Appellant.

No. WD36271.

Missouri Court of Appeals,
Western District.

June 4, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied July 30, 1985.

Application to Transfer Denied Sept. 10, 1985.

Thomas J. Marshall, Public Defender, Moberly, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, DIXON and KENNEDY, JJ.

PER CURIAM:

Appeal from a jury trial conviction of offering to commit violence to an officer of a correctional institution, section 217.385 RSMo (Supp.1984), and sentence to a seven-year term of imprisonment.

Judgment affirmed. Rule 30.25(b).